UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| KAREN YOUNG, | ) CV 13-3693-SH )|
| Plaintiff, | ) JUDGMENT ) |
| vs. | ) ) ) |
| CAROLYN COLVIN, Acting Commissioner of Social Security, | ) ) ) |
| Defendant. | ) ) |

IT IS HEREBY ADJUDGED that the decision of the Commissioner is affirmed and plaintiff's Complaint is dismissed.

DATED: June 17, 2014

_____
STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE